IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JONATHAN C., | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. 1:22-cv-37-MSM-LDA |
| | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER | ) |
| OF SOCIAL SECURITY, | ) |
|     *Defendant.* | ) |

## ORDER

Pursuant to this Court's power to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further consideration, it is ordered that, upon remand, the agency will direct the administrative law judge to offer the claimant the opportunity for a new hearing; re-evaluate the medical opinions and prior administrative medical findings; re-evaluate the residual functional capacity; and, if warranted, obtain vocational expert testimony to determine the effects of the assessed limitations on the claimant's ability to work.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the cause to the Commissioner for further proceedings. The clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

SO ORDERED this   21st   day of   June  .

*Mary S. McElroy*